IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02447-REB-BNB

CHRISTOPHER T. KEARNS,

Plaintiff,

v.

QUIZNO'S FRANCHISING LLC,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Correct Record to Reflect that Marcel C. Duhamel has not Entered his Appearance and is not Counsel of Record** (the "Motion"), filed on January 6, 2006.

IT IS ORDERED that the Motion is GRANTED and Marcel C. Duhamel is withdrawn from the representation of defendant Quizno's Franchising LLC, and Leonard H. MacPhee is sole counsel of record for defendant.

DATED:  January 9, 2006